IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| David Gordon Oppenheimer, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:22-cv-03813 |
| | ) | |
| v. | ) | |
| | ) | |
| Palace Theater, LLC, Magnificent Mile Productions, Ltd., and Anthony J. Tomaska, | ) ) ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO THE COMPLAINT**

NOW COME Defendants, Palace Theater, LLC, Magnificent Mile Productions, Ltd., and Anthony J. Tomaska, by and through its attorney, Peter J. Shakula, of Wood Phillips, for their Unopposed Motion for Extension of Time to Respond to The Complaint, respectfully state as follows:

1. Counsel for Defendants has only recently been retained by Defendants and needs additional time to assess and prepare any response to the Complaint in this matter.

2. Counsel for the Defendants has been in contact with counsel for Plaintiff and has communicated an offer of settlement.

3. Both parties believe delaying the expense involved in preparing a response to the complaint will allow more resources to be available for settlement.

WHEREFORE, in light of the foregoing, the Defendants respectfully request a 30-day extension to respond to the Complaint.

Dated: September 19, 2023　　　　　　　　　Respectfully submitted,

/s/ Peter J. Shakula  
Peter J. Shakula (#6204370)  
pjshakula@woodphillips.com  
WOOD PHILLIPS  
500 West Madison Street, Suite 3800  
Chicago, Il  60661-2562  
Tel:　　312.876.1800  
Fax:　　312.876.2020  

Attorney for Defendants

## CERTIFICATE OF SERVICE

I certify that on September 19, 2023, a copy of the foregoing UNOPPOSED **MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's system. All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by U.S. mail.

/s/ Peter J. Shakula
Peter J. Shakula