**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| David Gordon Oppenheimer, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:22-cv-03813 |
| | ) | |
| v. | ) | |
| | ) | |
| Palace Theater, LLC, Magnificent Mile | ) | |
| Productions, Ltd., and Anthony J. Tomaska, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

Please take note that on Tuesday, September 26, 2023, at 9:45 a.m. or as soon thereafter as counsel may be heard, we shall appear before Judge Manish S. Shah of the United States District Court for the Northern District of Illinois, Eastern Division, Courtroom 1919 of the Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois, and present the concurrently filed UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPONSE TO THE COMPLAINT.

Date: September 19, 2023                    Respectfully submitted,

/s/Peter J. Shakula
Peter J. Shakula
Wood, Phillips, Katz, Clark, and Mortimer
500 W. Madison St., Suite 1130
Chicago, IL 60661-2562
T (312)876-1800
F (312)876-2020

*Attorney for Plaintiff*
Palace Theater, LLC, Magnificent Mile
Productions, Ltd., and Anthony J. Tomaska

## CERTIFICATE OF SERVICE

This is to certify that on September 19, 2023, a true and correct copy of "NOTICE OF MOTION" was emailed to counsel for David Gordon Oppenheimer:

Ilya G. Zlatkin
Zlatkin Cann Entertainment
4245 North Knox Avenue
Chicago, Illinois 60641
T (312) 809-8022
F (312) 809-6918
ilya@zce.law

/s/Peter J. Shakula
Peter J. Shakula