# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

David Gordon Oppenheimer

                        Plaintiff,

v.                                                     Case No.: 1:22−cv−03813

                                                               Honorable Manish S. Shah

Palace Theater, LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 21, 2023:

      MINUTE entry before the Honorable Manish S. Shah: The motion for extension of time to answer [18] is granted, and no appearance on the motion is necessary. Defendant's response to the complaint is now due 10/19/23. Initial disclosures shall be exchanged by 10/26/23 and fact discovery closes 12/29/23. Because the parties have spent so much time claiming to be in settlement discussions, an abbreviated schedule for formal discovery is sufficient. The status hearing is reset to 10/24/23 at 9:30 a.m. in Courtroom 1919. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.