# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

David Gordon Oppenheimer

                              Plaintiff,

v.                                                   Case No.: 1:22−cv−03813
                                                        Honorable Manish S. Shah

Palace Theater, LLC, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 19, 2023:

       MINUTE entry before the Honorable Manish S. Shah: The court extends the deadline for defendants to respond to the complaint to 11/22/23. No status hearing on 10/24/23 is necessary. If the parties do not file a stipulation of dismissal by 11/21/23, they must litigate the case and fact discovery will close 12/29/23. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.