# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| David Gordon Oppenheimer, | ) |
| Plaintiff, | ) ) ) Case No. 1:22-cv-03813 |
| v. | ) ) ) Dist. Judge Manish S. Shah |
| Palace Theater, LLC, Magnificent Mile Productions, Ltd., and Anthony J. Tomaska, | ) ) ) Mag. Judge Jeffrey Cole ) ) |
| Defendants. | ) |

## PLAINTIFF'S RULE 41(a)(1)(A) NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AGAINST DEFENDANT

Plaintiff, by undersigned Counsel, hereby voluntarily dismisses Plaintiff's complaint against Defendants PALACE THEATER, LLC, MAGNIFICENT MILE PRODUCTIONS, LTD., and ANTHONY J. TOMASKA, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), as Defendants have not yet filed an answer or a motion for summary judgment. Each side shall bear their own costs and fees, including all attorneys' fees.

Dated: November 3, 2023

Respectfully submitted,

ZLATKIN CANN ENTERTAINMENT

By: ___/s/ Ilya G. Zlatkin___
Ilya G. Zlatkin
ZLATKIN CANN ENTERTAINMENT
4245 North Knox Avenue
Chicago, Illinois 60641
Tel: (312) 809-8022
Fax: (312) 809-6918
ilya@zce.law

*Attorney for Plaintiff*